NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**In re: XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

———————————

2022-1845

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01597.

-------------------------------------------------

**In re: XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

———————————

2022-1920, 2022-1921

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01601 and IPR2020-01625.

-------------------------------------------------

**In re: XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

———————————

2                                                     IN RE:  XILINX, INC.


2022-2021

———————————

Appeal from the United States Patent and Trademark
Office, Patent Trial and Appeal Board in No. IPR2020-
01624.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of appellants' motions to voluntarily dismiss the above-captioned appeals pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

The motions are granted.  The appeals are dismissed.

FOR THE COURT

<u>December 30, 2022</u>                    /s/ Peter R. Marksteiner
         Date                          Peter R. Marksteiner
                                       Clerk of Court

ISSUED AS A MANDATE:   <u>December 30, 2022</u>


cc:  United States Patent and Trademark Office